FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CECELIA K. CAMERON,

                        Plaintiff,

-against-

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cv-01427 (CBA)

**AMON, Chief United States District Judge:**

For the reasons stated on the record at the December 17, 2013 oral argument, Plaintiff's motion to remand for a new hearing is granted, and Defendant's motion for judgment on the pleadings is denied. The case is remanded for further administrative proceedings, during which the Administrative Law Judge ("ALJ") should properly analyze and consider the medical records of Dr. Marc Alerte, Plaintiff's treating physician, explaining the weight given to his findings. The Court notes that the ALJ should seek a residual functional capacity opinion from Dr. Alerte to aid in these proceedings.

The Clerk of the Court is directed to enter judgment and close the case.

SO ORDERED.

Dated: Brooklyn, N.Y.
       December 18, 2013

                                        s/Carol Bagley Amon
                                        Carol Bagley Amon
                                        Chief United States District Judge